JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1551
Facsimile: (415) 744-0134
E-Mail: Julie.Cummings@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGEIL AUSTIN,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,[1]<br><br>　　Defendant. | Case 2:24-cv-01598-MDC<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME<br>(*SECOND REQUEST*) |

Defendant, the Commissioner of Social Security, respectfully requests an extension of 30 days in which to respond to Plaintiff's Motion for Reversal and/or Remand (ECF No. 12), filed on November 26, 2024, changing the date on which Defendant's response is due to from January 27, 2025, to February 26, 2025. This is Defendant's second request for an extension to respond to Plaintiff's motion. Counsel for Defendant conferred with a representative for counsel for Plaintiff on January 27, 2025, and confirmed that Plaintiff has no objection to this request.

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Counsel for defendant makes this request in good faith and for good cause. Last week while working on this matter, I discovered that this matter may provide an opportunity for settlement. Therefore, I request this extension to have time to discuss the possibility of settlement with my client.

Accordingly, I ask the Court for more time so that I can properly represent the Commissioner in this matter.

For these reasons, the Commissioner respectfully requests that the Court grant this motion for an extension of 30 days for Defendant to respond to Plaintiff's Opening Brief.

DATED January 27, 2025.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

s/ *Julie A.K. Cummings*
JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED: 1/28/2025